IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Unverferth Manufacturing, Inc.,          Case No. 3:15 CV 1045

           Plaintiff,          SCHEDULING ORDER

      -vs-          JUDGE JACK ZOUHARY

J & M Manufacturing Company, Inc.,

           Defendant.

This Court held a Settlement / Case Management Conference on July 24, 2015. Counsel and parties present: Derek Dahlgren, Joseph Hynds and James Silk, Jr., attorneys for Plaintiff; Steve Unverferth of Unverferth Manufacturing; Robert Chambers, Lisa Nolan and Joseph Tucker, attorneys for Defendant; Jeff Grieshop, Shannon Grieshop and Jim Wood of J&M Manufacturing.

After engaging in preliminary settlement discussions, this Court adopted the following case schedule as proposed by the parties:

| Event | Deadline |
| --- | --- |
| Initial Non-Infringement Contentions and related Document Production | August 14, 2015 |
| Initial Invalidity and Unenforceability Contentions and related Document Production | September 18, 2015 |
| Initial Exchange of Proposed Claim Terms to be Construed | October 5, 2015 |
| Validity and Enforceability Contentions | October 8, 2015 |
| Meet and Confer on Claim Terms to be Construed | Before October 23, 2015 |
| Final Identification of Claim Terms to be Construed | October 23, 2015 |
| Exchange of Preliminary Claim Constructions and Evidence | November 9, 2015 |
| Expert Claim Construction Reports | November 24, 2015 |

| Rebuttal Expert Claim Construction Reports | December 9, 2015 |
|---|---|
| Expert Depositions on Claim Construction Completed | December 24, 2015 |
| Final Exchange of Claim Construction and Evidence | December 29, 2015 |
| Opening Claim Construction Briefs and Evidence | January 28, 2016 |
| Responding Claim Construction Briefs and Evidence | February 5, 2016 |
| Joint Claim Construction and Prehearing Statement | February 26, 2016 |
| Claim Construction Hearing | **Monday, April 11, 2016 at 9:30 a.m.** |

This Court will set a trial date and additional deadlines after the claim construction filing.

No motion to compel, motion for protective order or motion for sanctions shall be filed unless the parties have undertaken in good faith to resolve discovery disputes and, if unable to do so, have next contacted the Court by phone or e-mail with a request for judicial resolution. Local Civil Rule 37.1 governs discovery disputes and counsel are expected to comply with this Rule.

Without leave of Court, no discovery material shall be filed, except as necessary to support Claim Construction briefs. Depositions filed either electronically or through the Clerk's Office shall include the Word Index.

Parties shall provide this Court with a courtesy hard copy of all Claim Construction Submissions with supporting materials. Briefing shall be doubled-spaced (except for block quotes) in a font not less than 12 points in size, including footnotes, with margins of not less than one inch. *See* Local Patent Rule 4.4(c) for page limits. Failure to follow will result in Clerk striking the briefing.

IT IS SO ORDERED.

      s/ *Jack Zouhary*
      JACK ZOUHARY
      U. S. DISTRICT JUDGE

July 29, 2015