It is so Ordered.

/s/ Jack Zouhary
U.S. DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNVERFERTH MFG. CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:15-cv-01045-JZ |
| | ) | |
| J&M MFG. CO., INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Unverferth Manufacturing Co., Inc.

("Unverferth") and Defendant J&M Manufacturing Co., Inc. ("J&M") (collectively, the

"Parties") hereby stipulate that this action is DISMISSED WITH PREJUDICE, with each party

bearing its own costs, expenses, and attorneys' fees.  Pursuant to the Parties' Settlement and

Dismissal Agreement, Unverferth reserves the right to bring a lawsuit for infringement of U.S.

Patent No. 9,039,340 against J&M for the manufacture, use, offer for sale, sale, or importation of

any grain cart product (including any X-Tended Reach grain cart product) on or after July 1,

2018.  The Court shall retain jurisdiction over this action through July 1, 2018 for the purpose of

enforcing the agreement between the parties concerning the resolution of this action.

Dated:  April 18, 2016                                        Respectfully submitted,


 /Joseph A. Hynds/                                          /J. Robert Chambers/
Joseph A. Hynds                                             J. Robert Chambers
Jenny L. Colgate                                            P. Andrew Blatt
Derek F. Dahlgren                                           Paul J. Linden

ROTHWELL, FIGG, ERNST
& MANBECK, P.C.
607 14th St., N.W., Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
jhynds@rfem.com
jcolgate@rfem.com
ddahlgren@rfem.com

James P. Silk, Jr. (0062463)
SPENGLER NATHANSON P.L.L.
Four SeaGate, Suite 400
Toledo, OH 43604
Telephone: (419) 241-2210
Facsimile: (419) 241-8599
jsilk@snlaw.com

*Attorneys for Plaintiff*
*UNVERFERTH MFG. CO., INC.*

Lisa M. A. Nolan
WOOD HERRON & EVANS LLP
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
Telephone: (513) 241-2324
Facsimile: (513) 241-6234
bchambers@whe-law.com
dblatt@whe-law.com
plinden@whe-law.com
lnolan@whe-law.com

Joseph W. Tucker (0087951)
Richard S. MacMillan (0003109)
MACMILLAN, SOBANSKI & TODD, LLC
One Maritime Plaza, 5th Floor
720 Water Street
Toledo, OH 43604-1853
Telephone: (419) 255-5900
Facsimile: (419) 255-9639
tucker@mstfirm.com
macmillan@mstfirm.com

*Attorneys for Defendant*
*J&M MFG. CO., INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2016, a true and correct copy of the foregoing STIPULATION OF DISMISSAL was served via electronic mail upon the following counsel:

Joel Robert Chambers
Lisa Nolan
P. Andrew Blatt
Paul J Linden
Wood, Herron & Evans
441 Vine Street
Cincinnati, OH 45202
513-241-2324
Fax: 513-241-5960
bchambers@whe-law.com
lnolan@whe-law.com
dblatt@whe-law.com
plinden@whe-law.com

Christine Lebron-Dykeman
Edmund J Sease
McKee, Voorhees & Sease, PLC
801 Grand Avenue
Suite 3200
Des Moines, IA 50309-2331
515 288 3667
Fax: 288 1338
Email: mvslit@ipmvs.com

*/s/ Nasri V. B. Hage*
Nasri V. B. Hage
Rothwell, Figg, Ernst & Manbeck, P.C.